UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRUSTEES OF THE DRYWALL TAPERS AND POINTERS LOCAL UNION NO. 1974 BENEFIT FUNDS, and THE DISTRICT COUNCIL NO. 9, DRYWALL TAPERS AND POINTERS OF GREATER NEW YORK LOCAL UNION 1974, AFFILIATED WITH INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES, AFL-CIO,<br><br>Plaintiffs,<br><br>-against-<br><br>UNIVERSAL DRYWALL FINISHING, INC.,<br><br>Defendants. | 1:19-cv-09004-MKV<br><br>SCHEDULING ORDER |

MARY KAY VYSKOCIL, United States District Judge:

Plaintiff has moved for a default judgment.

It is hereby ORDERED that counsel for all parties appear at a conference on **April 14, 2020 at 11:30PM** in Courtroom 18C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York.

IT IS FURTHER ORDERED that counsel for the Plaintiff must serve a copy of this order, along with an additional copy of Plaintiff's Motion for Default Judgment and all supporting documents (ECF #10-13) on the Defendant and thereafter must file adequate proof of service to show that the documents were properly served on the them.

SO ORDERED

Dated: New York, New York
       March 5, 2020

_____
MARY KAY VYSKOCIL
United States District Judge