UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/19/2020

TRUSTEES OF THE DRYWALL TAPERS AND POINTERS LOCAL UNION NO. 1974 BENEFIT FUNDS, and THE DISTRICT COUNCIL NO. 9, DRYWALL TAPERS AND POINTERS OF GREATER NEW YORK LOCAL UNION 1974, AFFILIATED WITH INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES, AFL-CIO,

Plaintiffs,

-against-

UNIVERSAL DRYWALL FINISHING, INC.,

Defendants.

1:19-cv-9004 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

On April 23, 2020, the Court held a hearing by telephone on Plaintiffs' motion for default judgment and issued an Order granting Plaintiffs' motion for default judgment only as to liability [ECF #10, 17] The Court found it necessary to conduct an inquest on the amount of damages, and therefore directed Plaintiffs to file an affidavit providing a more detailed account of the basis for their calculation of the principal sum of $295,499.41 that Defendant allegedly owes in unpaid contributions to the benefit funds and of their requested 5.25% interest rate. The Court also directed Plaintiffs to serve that affidavit on Defendant. Nearly a month has passed, and Plaintiffs have not acted on the Court's April 23, 2020 Order. Accordingly, IT IS HEREBY ORDERED that, if Plaintiffs still seek a judgment on damages, Plaintiffs shall file and serve the affidavit described in the Court's Order by May 29, 2020.

**SO ORDERED.**

**Date: May 19, 2020**
**New York, NY**

Mary Kay Vyskocil

**MARY KAY VYSKOCIL**
**United States District Judge**