| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 6/12/2020 |

TRUSTEES OF THE DRYWALL TAPERS AND POINTERS LOCAL UNION NO. 1974 BENEFIT FUNDS, and THE DISTRICT COUNCIL NO. 9, DRYWALL TAPERS AND POINTERS OF GREATER NEW YORK LOCAL UNION 1974, AFFILIATED WITH INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES, AFL-CIO,

          Plaintiffs,

-against-

UNIVERSAL DRYWALL FINISHING, INC.,

          Defendants.

1:19-cv-9004 (MKV)

ORDER OF DEFAULT
JUDGMENT
ON DAMAGES

MARY KAY VYSKOCIL, United States District Judge:

      On April 23, 2020, the Court held a hearing on Plaintiffs' motion for default judgment and issued an Order granting Plaintiffs' motion for default judgment as to liability only [ECF #10, 17]. The Court directed Plaintiffs to file an affidavit in further support of certain components of their claimed damages [ECF #17, 18]. On June 1, 2020, Plaintiffs filed their further affidavit and supporting papers [ECF #21, 21-1, 21-2, 21-3, 21-4, 21-5]. The Court has carefully reviewed these submissions.

      IT IS HEREBY ORDERED that Plaintiffs have a default judgment against Defendant in the amount of $80,024.53. This includes: the principal amount due for the period of October 9, 2018 through February 19, 2019 in the sum of $67,132.87; interest, calculated at 5.25% per annum through December 17, 2019, in the sum of $3,463.37; liquidated damages, calculated at 10% of the principal amount, in the sum of $6,713.29; attorneys' fees in the sum of $2,250.00; and court costs and disbursements of this action in the sum of $465.00.

IT IS FURTHER ORDERED that this judgment in favor of Plaintiffs be entered as a final judgment against Defendant.

The Clerk of Court is respectfully directed to close this case.

**SO ORDERED.**

Date:  **June 12, 2020**       _____
      **New York, NY**        **MARY KAY VYSKOCIL**
                         **United States District Judge**